IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| EVAN ALLEN FISHER,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　Defendant. | CIVIL ACTION NO.: 2:22-cv-129 |

**O R D E R**

　　Presently before the Court is Defendant's Consent Motion for Entry of Judgment With Reversal and Remand.  Doc. 14.  Defendant seeks to have this cause remanded to the Social Security Administration under sentence four of 42 U.S.C. § 405(g).  Id. at 1.  Upon consideration, the Court **GRANTS** Defendant's Motion.  The Court reverses the decision of the Acting Commissioner and remands this cause to the Acting Commissioner.  On remand, the Acting Commissioner is to instruct an Administrative Law Judge to afford Plaintiff the opportunity for a new hearing, take any administrative action necessary to complete the record, and issue a new decision.  The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment.

　　**SO ORDERED**, this 25th day of April, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BENJAMIN W. CHEESBRO
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA