AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EVAN ALLEN FISHER,

Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV222-129

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated April 25, 2023, the Acting Commissioner's motion to remand is granted. Therefore, judgment is entered reversing the Acting Commissioner's decision and remanding this action to Acting Commissioner. This action stands closed.

Approved by: _____
Hon. Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

4/26/23
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020